IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALISTER MAURICE BROWN | § | |
| VS. | § | CIVIL ACTION NO. 1:16-CV-410 |
| JOSHUA BEARD, *et al.*, | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Alister Maurice Brown, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Officer Joshua Beard and an Unknown Assisting Officer, both with the Beaumont Police Department.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this civil rights action be dismissed for failure to state a claim and as frivolous.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **17** day of **July, 2017.**

_____
Thad Heartfield
United States District Judge

---

[1] A copy of the Report and Recommendation was returned as undeliverable with the notation "RTS released or no longer at facility." (docket entry no. 5). Plaintiff has failed to update this Court with his new address.